# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00603-CR

**The State of Texas, Appellant**

**v.**

**James Eric Thomas, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### NO. 2018CR1139, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State appealed the trial court's order granting a pretrial motion to suppress evidence. *See* Tex. Code Crim. Proc. art. 44.01(a)(5). The State has now filed a motion to dismiss its appeal. *See* Tex. R. App. P. 42.2(a). Because no opinion has issued in this appeal, we grant the motion and dismiss the appeal. *See id.* R. 42.2(a), 43.2(f).

 

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Appellant's Motion

Filed: January 11, 2021

Do Not Publish